ACCEPTED
01-14-00317-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 7:26:10 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00317-CV

IN THE
COURT OF APPEALS
FOR THE
FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 7:26:10 PM
CHRISTOPHER A. PRINE
Clerk

PELCO CONSTRUCTION COMPANY
Appellant

v.

CHAMBERS COUNTY, TEXAS
Appellee

Appealed from the 344th Judicial District Court
Chambers County, Texas; Cause No. CV-26356

## NOTICE OF APPEARANCE

Pursuant to Rule 6.2 of the Texas Rules of Appellate Procedure, the following undersigned attorney hereby appears on behalf of Appellant Pelco Construction Company:

John Chris Juravich
Attorney at Law
Bar No. 11058700
9801 Westheimer, Suite 302
Houston, Texas 77042
Telephone: (713) 917-6810
Facsimile: (713) 588-8442
Email: jcjuravich@aol.com

The undersigned attorney currently represents Pelco Construction Company in post-judgment matters in the trial court, and hereby requests notice of all activities occurring in this Court.

Respectfully submitted,

/s/ J. Chris Juravich
John Chris Juravich
Attorney at Law
Bar No. 11058700
9801 Westheimer, Suite 302
Houston, Texas 77042
Telephone:  (713) 917-6810
Facsimile:  (713) 588-8442
Email: jcjuravich@aol.com

**ATTORNEY FOR APPELLANT
PELCO CONSTRUCTION
COMPANY**

# CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties, which are listed below, on the 4th day of March 2015, as follows:

Nathan M. Brandimarte
nmb@obt.com
James H. Chesnutt II
jhc@obt.com
Robert L. Florance, IV
rflorance@obt.com
Orgain Bell & Tucker, LLP
P.O. Box 1751
470 Orleans Street
Beaumont, Texas  77704-1751
Fax:  (409) 838-6959

/s/ J. Chris Juravich
John Chris Juravich